# Woods v. The State.

APPEAL from Shelby County Court.

Tried before the Hon. JOHN S. LEEPER.

No counsel marked as appearing for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for an assault with intent to murder. In the transcript there was no judgment of the county court. On motion of the Attorney-General the appeal was dismissed.

Opinion PER CURIAM.